United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD RAY, et al.,

        Plaintiffs,

   v.

CORDIS CORPORATION, et al.,

        Defendants.

Case No. 16-cv-05054-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward M. Chen for consideration of whether the case is related to *Dunson v. Cordis Corporation*, Case No. 16-cv-03076-EMC.

**IT IS SO ORDERED.**

Dated: 11/18/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge