AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

RICHARD RAY, et al.
      Plaintiff (s),
V.
CORDIS CORPORATION, et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-05054-EMC

Notice is hereby given that, subject to approval by the court, Nitinol Devices and Components, Inc. dba Confluent Medical Technologies substitutes
(Party (s) Name)

Tammara N. Bokmuller , State Bar No. 192200 as counsel of record in
(Name of New Attorney)

place of Matthew Jacob Adler of Drinker Biddle & Reath LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MORRIS POLICH & PURDY LLP
Address: 600 W. Broadway, Suite 500, San Diego, CA 92101
Telephone: (619) 557-0404   Facsimile (619) 557-0460
E-Mail (Optional): tbokmuller@mpplaw.com

I consent to the above substitution.
Date: Nov 21, 2016
Nitinol Devices and Components, Inc. dba Confluent Medical Technologies
(Signature of Party (s))

I consent to being substituted.
Date: November 18, 2016
Matthew Jacob Adler, Drinker Biddle & Reath LLP
/s/ Matthew Jacob Adler
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: November 18, 2016
Tammara N. Bokmuller, Morris Polich & Purdy LLP
/s/ Tammara N. Bokmuller
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 22, 2016

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# CERTIFICATE OF SERVICE

I hereby certify that I served **DEFENDANT NITINOL DEVICES AND COMPONENTS, INC. DBA CONFLUENT MEDICAL TECHNOLOGIES' CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** via the Court's CM/ECF System, which sent notification of that filing to the registered CM/ECF users in this action to be served by the CM/ECF system.

November 22, 2016                                   **MORRIS POLICH & PURDY LLP**

By:  /s/ Tammara N. Bokmuller
Roger G. Perkins
Tammara N. Bokmuller
Holiday D. Powell

Attorneys for Defendant,
Nitinol Devices and Components, Inc. dba Confluent Medical Technologies, Inc.

1

DEFENDANT NITINOL DEVICES AND COMPONENTS, INC. DBA CONFLUENT MEDICAL
TECHNOLOGIES' CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
CASE NO.: 3:16-cv-05054-EMC