UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD RAY, et al.,

    Plaintiffs,

    v.

CORDIS CORPORATION, et al.,

    Defendants.

Case No. 16-cv-05054-EMC

**ORDER REMANDING CASE TO STATE COURT**

For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*, C-16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of subject matter jurisdiction.

**IT IS SO ORDERED**.

Dated: November 22, 2016

