CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
E-mail: kmayer@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Andrew D. Kaplan (*Pro hac vice* application to be filed)
E-mail: akaplan@crowell.com
Rebecca B. Chaney (*Pro hac vice* application to be filed)
E-mail: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants Cordis Corporation and Cardinal Health, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD RAY, et al., | Case No. 3:16-cv-05054-HSG |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE CASE MANAGEMENT DEADLINES** |
| v. | |
| CORDIS CORPORATION, et al., | Hon. Haywood S. Gilliam |
| Defendants. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO
POSTPONE CASE MANAGEMENT DEADLINES;
CASE NO. 3:16-CV-05054-HSG

DCACTIVE-37947157.2

1    WHEREAS, on consideration of the parties' Joint Stipulation to Postpone Case
2 Management Deadlines, and for good cause shown, the Court hereby postpones all case
3 management deadlines in this action until resolution of the jurisdictional issues in this case.

5    PURSUANT TO STIPULATION, IT IS SO ORDERED

7    Dated: __11/22__, 2016

Denied.  Case remanded to state court
See Order #25

Hon. ~~Haywood S. Gilliam~~
United States District Judge

**DENIED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO
POSTPONE CASE MANAGEMENT DEADLINES;
CASE NO. 3:16-CV-05054-HSG

# **CERTIFICATE OF SERVICE**

I, Jennifer Tai, certify that on November 7, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California, by using the CM/ECF system.

I further certify that on November 7, 2016, I placed the foregoing document in an envelope for collection and mailing, following our ordinary business practice, by First-Class Mail, postage prepaid, to the following non-CM/ECF participants involved in the described cases:

> Steven D. Davis
> Eric M. Terry
> TorHoerman Law LLC
> 101 W. Vandalia Street
> Suite 350
> Edwardsville, IL 62025
> Telephone : 618-656-4400
> Facsimile : 618-656-4401
> sdavis@thlawyer.com
> eric@thlawyer.com

Attorneys for Plaintiffs

_____
Jennifer Tai